■   In the Matter of the Estate of HARRIET A. FERRIS, Deceased.  JOSEPH W. FERRIS et al., Appellants; ANDREW G. AKIN, Respondent.— Motion to amend and resettle the order of this court entered on the 21st day of November, 1955 (286 App. Div. 631).  Motion granted, with $10 costs, and the said order is amended to provide in accordance with paragraphs numbered 1, 2, and 3 as contained in the order to show cause herein.  Foster, P. J., Coon, Zeller and Gibson, JJ., concur.

## FOURTH DEPARTMENT, SEPTEMBER, 1956

### (September 12, 1956)

■   CORNING BUS LINES, INC., Respondent, v. GEORGE E. KEENAN, Appellant.— Appeal dismissed, without costs upon stipulation.

■   MICHAEL J. PERRELLI, Respondent, v. HELEN M. TONG, Appellant.— Appeal dismissed, without costs upon stipulation.

■   CARMEN VITELLO et al., Plaintiffs, v. FRANK F. HUGHES, Defendant.— Appeal dismissed, without costs upon stipulation.

■   IRENE ZIMMERMAN, Appellant, v. GOODYEAR-WENDE OIL CORPORATION, Respondent.— Appeal dismissed, without costs upon stipulation.

■   LILLIAN KLEINBERG, Plaintiff, v. CITY OF ROCHESTER et al., Defendants; LOUIS KLEINBERG, Plaintiff, v. CITY OF ROCHESTER et al., Defendants.— Appeals dismissed, without costs upon stipulation.

■   HUGH MACPHERSON, Plaintiff, v. ARMAND DE CARO et al., Defendants.— Appeal dismissel, without costs upon stipulation.

■   In the Matter of JANET THOMAS INGERSOLL, an Alleged Incompetent.— Appeal dismissed for failure to comply with previous order, without costs.

■   SARAH R. FLANIGAN, Plaintiff, v. HENRY W. COHU et al., Doing Business as COHU & Co., et al., Defendants.— Motion granted and appeal dismissed, with $10 motion costs.

■   THEODORE CLARK, Plaintiff, v. ROBERT HENDRICKSON et al., Defendants.— Motion granted and appeal dismissed, without costs.

■   DAVID MURPHY, as Guardian ad Litem of MICHAEL MURPHY, Appellant, v. WILLIAM WALKER et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

■   DAVID MURPHY, Appellant, v. WILLIAM WALKER et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

■   JAMES W. BARRETT, Appellant, v. FRIEDA WHEELER, as Administratrix, et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

■   C. ROY SMITH, Appellant, v. JAMES GLASS, Respondent.— Motion granted and appeal dismissed, with $10 motion costs.

■   DOMINIC JULIANO, Appellant, v. MERCHANTS MUTUAL CASUALTY COMPANY, Respondent.— Motion granted and appeal dismissed, without costs.

■   RALPH RICHARDSON, Respondent, v. STANDARD FIRE INSURANCE CO. OF NEW JERSEY, Appellant.— Motion granted and appeal dismissed, with $10 motion costs.

■   THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD B. BROWN, Appellant, against W. B. MARTIN, as Warden, Respondent.— Motion granted and appeal dismissed.